UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN RUHL,

        Plaintiff,

  v.

WAL-MART CORPORATION,

        Defendant.

CASE NO. C10-5065BHS

ORDER GRANTING
DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT

This matter comes before the Court on Defendant Wal-Mart Corporation's ("Wal-Mart") motion for summary judgment. Dkt. 33. Wal-Mart's motion seeks summary judgment and dismissal of all of Plaintiff Steven Ruhl's ("Ruhl") claims alleged in his complaint. *Id*. Ruhl has failed to file a response to the motion. Accordingly, the Court concludes that Wal-Mart's motion for summary judgment should be granted. *See* LR 7(b)(2) (stating that "[i]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit").

The Court, having considered the pleadings filed in support of the motion and the remainder of the file, does hereby find and **ORDER** that Wal-Mart's motion for summary judgment (Dkt. 33) is **GRANTED** and the claims alleged in Ruhl's complaint are **DISMISSED with prejudice**.

DATED this 19th day of January, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER